United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS FELIPE BELTRAN MORA, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-04934 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RAYMOND THOMPSON, *et al*, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

Pending are a *pro se* petition for writ of *habeas corpus* by Petitioner Luis Felipe Beltran Mora and a response by the Government. Dkts 1 & 12.

The petition was sent by priority mail and is postmarked June 18, 2026. Dkt 1-2 at 1. Mail then sent to Petitioner in this action was returned as undeliverable on July 1, 2026, with the following notation: "R 6-20-26 No longer here!" Dkt 7 at 2. Because it wasn't clear from that notation whether Petitioner had been released, relocated, or removed, the Government was ordered to respond to (i) indicate Petitioner's current location, and (ii) address the lawfulness of Petitioner's continued detention, if still detained. Dkt 8.

The Government filed an advisory on July 9, 2026, stating that Petitioner voluntarily departed to Colombia on June 20, 2026. Dkt 12.

Petitioner's removal renders this action moot.

This action is DISMISSED WITHOUT PREJUDICE as moot. Dkt 1.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on July 15, 2026, at Houston, Texas.



Honorable Charles Eskridge
United States District Judge